IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 1469 LLC, on behalf of itself and other persons similarly situated | ) ) CIVIL ACTION NO. 16-14649 ) |
| *Plaintiffs*, | ) ) |
| v. | ) JUDGE MARTIN FELDMAN ) |
| COPART, INC. d/b/a CASH FOR CARS | ) ) MAG. JUDGE MICHAEL NORTH ) |
| *Defendant*. | ) |

_____

## ORDER
_____

IT IS ORDERED that the claims of Plaintiff 1469 LLC against Defendant Copart, Inc. in the above-captioned matter be, and they hereby are, dismissed without prejudice.

New Orleans, Louisiana, this __12th__ day of ____October____, 2016.

_____
**HONORABLE MARTIN FELDMAN
UNITED STATES DISTRICT JUDGE**